_____

# United States Court of Appeals
# for the Federal Circuit
_____

**JOE A. SALAZAR,**
*Appellant*,

v.

**AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., CELLCO PARTNERSHIP dba VERIZON WIRELESS**
*Defendants-Cross-Appellants*

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants-Appellees*

_____

2021-2320, -2376
_____

Appeals from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00004-JRG J. Rodney Gilstrap, Chief Judge

**DEFENDANTS' MOTION FOR LEAVE TO INCLUDE RELEVANT DOCUMENTS IN JOINT APPENDIX**

1

Dated:  February 24, 2022

Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams
*Principal Attorney*
fwilliams@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave, Suite 600
Austin, TX  78701
512.543.1354 telephone

Todd E. Landis
tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX  75204
512.543.1357 telephone

John Wittenzellner
johnw@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A#453
Philadelphia, PA 19103
512.543.1373 telephone

COUNSEL FOR APPELLEES AT&T MOBILITY LLC, T-MOBILE, USA, INC., CELLCO PARTNERSHIP DBA VERIZON WIRELESS, SPRINT UNITED MANAGEMENT COMPANY, HTC CORPORATION AND HTC AMERICA, INC.

# CERTIFICATE OF INTEREST

Counsel for Defendants AT&T Mobility, T-Mobile USA Inc., Cellco Partnership dba Verizon Wireless, Sprint United Management Company, HTC Corporation, HTC America, Inc., and (collectively, "Defendants"). certify the following:

1. The full name of every party is AT&T Mobility LLC, Sprint United Management Company, T-Mobile USA, Inc., Cellco Partnership dba Verizon Wireless, HTC Corporation, and HTC America, Inc.

2. The name of the real party in interest: N/A

3. Parent Corporations and publicly held companies that own 10% or more of stock in the party:

**AT&T Mobility LLC**

AT&T Mobility LLC is owned by the following companies: SBC Long Distance, LLC, AT&T Investment & Tower Holdings, LLC, BellSouth Mobile Data, Inc., and New Cingular Wireless Services, Inc. All of those companies are subsidiaries of AT&T Inc.

None of AT&T Mobility LLC, SBC Long Distance, LLC, AT&T Investment & Tower Holdings, LLC, BellSouth Mobile Data, Inc., or New Cingular Wireless Services, Inc. is a publicly traded company. AT&T Inc. is a publicly traded

company, and, to the best of its knowledge, there is not one person or group that owns 10% or more of the stock of AT&T Inc.

### **Cellco Partnership dba Verizon Wireless**

Cellco Partnership dba Verizon Wireless is owned by the following companies: GTE Wireless LLC, Bell Atlantic Mobile Systems LLC, and Verizon Americas LLC. All of those companies are subsidiaries of Verizon Communications Inc. Verizon Communications Inc. is a publicly traded company.

### **Sprint United Management Company**

Sprint United Management Company is a wholly owned direct subsidiary of Sprint Communications LLC. Sprint Communications LLC is a wholly owned direct subsidiary of Sprint LLC. Sprint LLC is a wholly owned direct subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc. is a wholly owned direct subsidiary of T-Mobile US, Inc.

T-Mobile US, Inc. is a publicly traded company listed on the NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (besloten venmootschap met beperkte aansprakelijkheidraies) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.

**T-Mobile USA, Inc.**

T-Mobile USA, Inc. is a wholly owned direct subsidiary of T-Mobile US, Inc. T-Mobile US, Inc. is a publicly traded company listed on the NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (besloten venmootschap met beperkte aansprakelijkheidraies) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.

**HTC America, Inc.**

HTC Corporation owns 10% or more of the stock in HTC America, Inc.

4.  The name of all law firms and the partners or associates that appeared for these entities in the originating case, and who have not already entered an appearance in this Court are: Adam Livingston of Williams Simons & Landis PLLC; Harry Lee Gillam, Jr., Andrew Thompson (Tom) Gorham of Gillam & Smith, LLP; and Parker D. Hancock of Vinson & Elkins LLP.

5.  The case titles and numbers of any action that will be directly affected by this Court's decision include *HTC Corp. et al. v. Salazar*, Eastern District of Texas, 2:21-cv-00274.

6.  Any information required under Fed. R. App. P. 26.1(b) and 26.1(c): N/A.

Date: February 24, 2022                    */s/ Fred I. Williams*

Signature of counsel

<u>Fred I. Williams</u>
Printed name of counsel

Pursuant to Federal Circuit Rule 27 and Federal Circuit Rue 30(a)(1)(E), AT&T Mobility LLC, Sprint United Management Company, T-Mobile USA, Inc., Cellco Partnership dba Verizon Wireless, HTC Corporation and HTC America, Inc. (Collectively, "Defendants") move the Court for leave to include in the Joint Appendix certain documents from related district court proceedings.

The issues presented on appeal include whether the District Court erred in finding that Appellant's claim was not barred by claim preclusion or the *Kessler* doctrine given the final judgment entered in a previous case asserting the same patent against the same accused products. As explained in Defendants' Responsive Brief, the documents listed below are relevant to the claim preclusion and *Kessler* doctrine issues presented by the instant cross-appeal.

To assist the Court's consideration of the appeal, Defendants respectfully request that the following documents from the dockets of two related cases (in which Mr. Salazar previously alleged infringement of the patent-in-suit asserted in the instant case) be included in the Joint Appendix:

**A.  *Joe Andrew Salazar v. HTC Corporation*, 2:16-cv-1096 (E.D. Tex.):**

1. Complaint for Patent Infringement (Dkt. 1, dated October 5, 2016);

2. Amended Complaint for Patent Infringement (Dkt. 17, dated April 10, 2017);

3. Second Amended Complaint for Patent Infringement (Dkt. 44, dated June 15, 2017);

4. Motion for Leave to Correct/Amend Plaintiff Joe Andrew Salazar's Second Amended Original Complaint (Dkt. 62, dated July 14, 2017);

5. Memorandum and Order Regarding Motion to Sever and Stay (Dkt. 80, dated August 20, 2017);

6. Order Regarding Defendant's Motion to Transfer Venue to the Northern District of California (Dkt. 104, dated October 19, 2017);

7. Claim Construction Opinion and Order (Dkt. 108, dated November 3, 2017);

8. Report and Recommendation Regarding HTC Corporation's Motion for Summary Judgment of Noninfringement (Dkt. 250, dated May 1, 2018);

9. Transcript of Proceedings Held on May 7, 2018, Afternoon Session, Dkt, 277, dated May 18, 2018;

10. Transcript of Proceedings Held on May 8, 2018, Afternoon Session, Dkt. 279, dated May 18, 2018;

11. Transcript of Proceedings Held on May 9, 2018, Morning Session, Dkt. 280, dated May 18, 2018;

12. Transcript of Proceedings Held on May 9, 2018, Afternoon Session, Dkt. 281, dated May 18, 2018;

13. Jury Verdict (Dkt. 272, dated May 11, 2018);

14. Final Judgment, Dkt. 284, dated May 18, 2018;

15. PX013 (HTC Corporation's Responses to Salazar's Second Set of Interrogatories (Nos. 11 – 23), dated November 2, 2017);

16. PX014 (HTC Corporation's First Amended/Supplemental Responses to Salazar's First Set of Interrogatories (Nos. 1-10), dated November 27, 2017);

17. PX015 (HTC Corporation's Amended/Supplemental Responses to Salazar's Second Set of Interrogatories (Nos. 11 – 23), dated November 27, 2017);

18. PX018a (HTC Corporation's Master Purchase Agreement with AT&T Mobility with all amendments (HTC038818 – 039032);

19. PX018b (HTC Corporation's Equipment Addendum with T-Mobile (HTC039033 – 039061));

20. PX019 (HTC Corporation Master Purchase Agreement with Verizon Wireless with all amendments (HTC039062 – 039139));

21. PX020 (Distribution Agreement Between HTC Corporation and HTC America, Inc. (HTC037528 – 037547));and

22. Master Purchase Agreement Between Sprint/United Management Company and HTC Corporation (Dkt. 152, Ex. M – HTC038162 – 038280).

**B.     *Joe Andrew Salazar v. AT&T. Inc*., 2:17-cv-593:**

23. Plaintiff Joe Andrew Salazar's Notice of Dismissal Without Prejudice Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Dkt. 13, dated October 28, 2017.

For these reasons, Defendants respectfully request leave to include the above documents in Joint Appendix.

Counsel for Defendants has conferred with counsel for Mr. Salazar with respect to the relief requested in this motion. Mr. Salazar is not opposed.

Dated: February 24, 2022						Respectfully submitted,

/s/ Fred I. Williams
Fred I. Williams
*Principal Attorney*
fwilliams@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave, Suite 600
Austin, TX  78701
512.543.1354 telephone

Todd E. Landis
tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX  75204
512.543.1357 telephone

John Wittenzellner
johnw@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A#453
Philadelphia, PA 19103
512.543.1373 telephone

COUNSEL FOR DEFENDANTS AT&T MOBILITY LLC, T-MOBILE, USA, INC., CELLCO PARTNERSHIP DBA VERIZON WIRELESS, SPRINT UNITED MANAGEMENT COMPANY,

HTC CORPORATION AND HTC AMERICA, INC.

Case: 21-2320   Document: 14   Page: 11   Filed: 02/24/2022

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The brief contains 578 words, excluding the parts of the brief exempted by Federal Circuit Rule 32(b)(2).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style.

Dated: February 24, 2022               */s/ Fred I. Williams*
                                       Fred I. Williams

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on February 24, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

| | |
|---|---|
| Dated:  February 24, 2022 | */s/ Fred I. Williams*<br>Fred I. Williams |