NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOE A. SALAZAR,**
*Plaintiff-Appellant*

v.

**AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., CELLCO PARTNERSHIP INC., dba Verizon Wireless, Inc.,**
*Defendants-Cross-Appellants*

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants*

---

2021-2320, 2021-2376

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00004-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

**O R D E R**

Joe A. Salazar moves to dismiss the cross-appeal, Appeal No. 2021-2376, and to amend the caption to remove

HTC Corporation and HTC America, Inc. (collectively, "HTC") as defendants-appellees and redesignate defendants-cross-appellants as defendants-appellees. AT&T Mobility LLC, et al. (collectively, "AT&T") do not oppose reforming the caption as to HTC but otherwise oppose the motions.

On November 29, 2021, AT&T moved for a 59-day extension of time to file its "responsive brief." The next day, this court issued an order granting AT&T an extension until February 24, 2022 to file its brief, and on February 24, 2022, AT&T filed its brief. Because AT&T filed a cross-appeal, the brief included both the principal brief for the cross-appeal and the response brief to Mr. Salazar's principal brief. Fed. R. App. P. 28.1(c)(2).

Mr. Salazar has not shown that the cross-appeal should be dismissed merely because AT&T's motion (and accompanying request for his consent) sought an extension for a response brief as opposed to a principal and response brief. Nor has Mr. Salazar shown he was unfairly prejudiced by the court's acceptance of the brief, particularly given Mr. Salazar was granted an extension of time to respond to the brief. ECF No. 21.

Regarding the caption, the court will redesignate HTC as non-participants in these appeals. Mr. Salazar's request to redesignate AT&T as only appellees is premised on the same arguments in support of his motion to dismiss the cross-appeal. Because the court has denied the request to dismiss, it similarly denies reforming the caption as to AT&T.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss the cross-appeal, ECF No. 28, is denied.

(2) The motion to modify the caption, ECF No. 23, is granted only to the extent that the revised official caption is reflected above.

FOR THE COURT

May 31, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court