NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOE A. SALAZAR,**

*Plaintiff-Appellant*

**v.**

**AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., CELLCO PARTNERSHIP INC., DBA VERIZON WIRELESS, INC.,**
*Defendants-Cross-Appellants*

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants*

---

2021-2320, 2021-2376

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00004-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON PETTION FOR REHEARING EN BANC**

---

2                          SALAZAR v. AT&T MOBILITY LLC

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, SCHALL[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

# O R D E R

Joe A. Salazar filed a petition for rehearing en banc. The petition was first referred as a petition to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue June 15, 2023.

FOR THE COURT

June 8, 2023                      /s/ Jarrett B. Perlow
    Date                          Jarrett B. Perlow
                                  Acting Clerk of Court

---

[1]    Circuit Judge Schall participated only in the decision on the petition for panel rehearing.